United States District Court
Southern District of Texas
**ENTERED**
September 25, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANGSTON BENJAMIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-817 |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 6, 2017, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **25th** day of September, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE